Date: 12/08/09                DIVIDENDS REMITTED TO THE COURT           Page:

Check Number 1010 Dated 12/08/09
Case Number 08-19902 - SHAHEEN, RAJA

Recpt 149485

FILED
CLERK U.S. BANKRUPTCY COURT
09 DEC -9 AM 11:58
NORTHERN DISTRICT OF OHIO
CLEVELAND

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| The Illuminating Company - CEI<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141<br>(7-1) electric service<br>11002657628 | 000007 | 166.69 | 4.80 ck 1010 |
| ---------- Remittance Total ---------- | | 166.69 | 4.80 |

_/s/ signature_
DAVIS, STEVEN S., Trustee

COURT1                                         Printed: 12/08/09 11:44 AM    Ver: 15.02